# Exhibit A

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 6 | MODERN AMERICAN RECYCLING SERVICES, INC. | 7/31/2019 | 2000096190 | Wire | $ 286,094.28 | 5100605204 | 6/13/2019 | $ 4,585.77 |
| 7 | | | | | | 5100605205 | 6/13/2019 | $ 5,362.39 |
| 8 | | | | | | 5100605206 | 6/13/2019 | $ 7,358.75 |
| 9 | | | | | | 5100605207 | 6/13/2019 | $ 4,834.30 |
| 10 | | | | | | 5100605208 | 6/13/2019 | $ 7,718.64 |
| 11 | | | | | | 5100605209 | 6/13/2019 | $ 5,678.20 |
| 12 | | | | | | 5100605210 | 6/13/2019 | $ 6,954.78 |
| 13 | | | | | | 5100605212 | 6/13/2019 | $ 5,396.07 |
| 14 | | | | | | 5100606584 | 6/20/2019 | $ 5,551.43 |
| 15 | | | | | | 5100611894 | 7/23/2019 | $ 5,191.58 |
| 16 | | | | | | 5100611895 | 7/23/2019 | $ 5,326.14 |
| 17 | | | | | | 5100611896 | 7/23/2019 | $ 6,134.08 |
| 18 | | | | | | 5100611897 | 7/23/2019 | $ 5,991.69 |
| 19 | | | | | | 5100611898 | 7/23/2019 | $ 6,043.31 |
| 20 | | | | | | 5100611899 | 7/23/2019 | $ 4,916.95 |
| 21 | | | | | | 5100611900 | 7/23/2019 | $ 5,774.19 |
| 22 | | | | | | 5100611901 | 7/23/2019 | $ 5,010.33 |
| 23 | | | | | | 5100611902 | 7/23/2019 | $ 5,383.27 |
| 24 | | | | | | 5100611903 | 7/23/2019 | $ 5,551.47 |
| 25 | | | | | | 5100611904 | 7/23/2019 | $ 5,960.66 |
| 26 | | | | | | 5100611905 | 7/23/2019 | $ 5,072.39 |
| 27 | | | | | | 5100611906 | 7/23/2019 | $ 4,852.28 |
| 28 | | | | | | 5100611907 | 7/23/2019 | $ 6,253.27 |
| 29 | | | | | | 5100611908 | 7/23/2019 | $ 5,416.91 |
| 30 | | | | | | 5100611909 | 7/23/2019 | $ 5,326.14 |
| 31 | | | | | | 5100611910 | 7/23/2019 | $ 5,147.50 |
| 32 | | | | | | 5100611911 | 7/23/2019 | $ 4,898.97 |
| 33 | | | | | | 5100611912 | 7/23/2019 | $ 5,668.05 |
| 34 | | | | | | 5100611913 | 7/23/2019 | $ 5,181.14 |
| 35 | | | | | | 5100611914 | 7/23/2019 | $ 5,054.41 |
| 36 | | | | | | 5100611915 | 7/23/2019 | $ 5,054.41 |
| 37 | | | | | | 5100611916 | 7/23/2019 | $ 5,846.69 |
| 38 | | | | | | 5100611917 | 7/23/2019 | $ 5,763.75 |
| 39 | | | | | | 5100611918 | 7/23/2019 | $ 5,168.09 |
| 40 | | | | | | 5100611919 | 7/23/2019 | $ 4,696.84 |
| 41 | | | | | | 5100611920 | 7/23/2019 | $ 5,981.25 |
| 42 | | | | | | 5100611921 | 7/23/2019 | $ 6,462.94 |
| 43 | | | | | | 5100611922 | 7/23/2019 | $ 4,800.66 |
| 44 | | | | | | 5100611923 | 7/23/2019 | $ 6,380.00 |
| 45 | | | | | | 5100611924 | 7/23/2019 | $ 4,885.92 |
| 46 | | | | | | 5100611925 | 7/23/2019 | $ 5,465.92 |
| 47 | | | | | | 5100611926 | 7/23/2019 | $ 5,880.33 |
| 48 | | | | | | 5100611927 | 7/23/2019 | $ 4,945.66 |
| 49 | | | | | | 5100611928 | 7/23/2019 | $ 5,292.50 |
| 50 | | | | | | 5100611929 | 7/23/2019 | $ 5,061.95 |
| 51 | | | | | | 5100611930 | 7/23/2019 | $ 4,326.80 |
| 52 | | | | | | 5100611931 | 7/23/2019 | $ 6,043.31 |
| 53 | | | | | | 5100611932 | 7/23/2019 | $ 5,015.55 |
| 54 | | | | | | 5100611933 | 7/23/2019 | $ 5,411.69 |
| 55 | | | | | | 5100611935 | 7/23/2019 | $ 5,996.91 |
| 56 | | | | | | 5100611936 | 7/23/2019 | $ 5,057.02 |
| 57 | | | | | | 5100611937 | 7/23/2019 | $ 4,961.03 |
| 58 | | | | | | | | $ 286,094.28 |
| 59 | | | | | | | | |
| 60 | | | | | $ 286,094.28 | | | $ 286,094.28 |