# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>                  Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>                  Plaintiff,<br><br>vs.<br><br>M.A.R.S., INC. dba MODERN AMERICAN RECYCLING SERVICES,<br><br>                  Defendant. | Adv. Proc. No. 21-50215 (KBO)<br><br><br>**Ref. Adv. Docket Nos. 4 and \_\_\_** |

**ORDER APPROVING SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon consideration of the *Second Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

        1.     The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

        2.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1 TO ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> M.A.R.S., INC. dba MODERN AMERICAN RECYCLING SERVICES, <br><br> Defendant. | Adv. Proc. No. 21-50215 (KBO) |

## SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant M.A.R.S., Inc. dba Modern American Recycling Services (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Second Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

1. The Parties agree and stipulate that the time within which the Defendant may answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including May 28, 2021.

2. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

Dated:  April 29, 2021                     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
             acaine@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel to Plaintiff*

and


ROBINSON & COLE LLP


*/s/ Davis Lee Wright*
Davis Lee Wright (DE Bar No. 4324)
1201 North Market Street, Suite 1406
Wilmington, DE  19801
Tel: 302.516.1703
Fax: 302.516.1699
Email: dwright@rc.com

*Counsel to Defendant*