# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*., | Adv. Proc. No. 21-50215 (KBO) |
| Plaintiff, | |
| vs. | |
| M.A.R.S., INC. dba MODERN AMERICAN RECYCLING SERVICES, | |
| Defendant. | |

## ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Upon consideration of the *Stipulation Regarding Appointment of Mediator* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2.      No later than sixty (60) days following entry of this Order, either:

   a.   the Mediator must file a status report regarding the status or outcome of mediation (or sooner if the Parties reach a resolution), which status report may indicate the Parties wish to continue mediation and will provide a date certain by which a further status report will be filed with the Court; provided, however, that if mediation is not successful, the Mediator will file a status report so indicating within fourteen (14) days of such determination, and the

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

Parties will thereafter be obligated to comply with paragraph 2(b) of this Order in promptly noticing a Rule 16 scheduling conference; or

b. the Parties must file a notice to schedule a Rule 16 scheduling conference to consider entry of a proposed scheduling order for this adversary proceeding.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[3] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50215 (KBO) |
| Plaintiff, | |
| vs. | |
| M.A.R.S., INC. dba MODERN AMERICAN RECYCLING SERVICES, | |
| Defendant. | |

**STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendant M.A.R.S., Inc. dba Modern American Recycling Services (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation Regarding Appointment of Mediator* (the "Stipulation") and hereby stipulate and agree as follows:

1.      Connor Bifferato, Esq. shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2.      The mediation shall be conducted in accordance with the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware and/or otherwise as may be agreed by the Parties and the Mediator.  The Parties will

select a date for commencement of the mediation.

Dated:  August 17, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
               acaine@pszjlaw.com
               pkeane@pszjlaw.com

*Counsel to Plaintiff*

and


ROBINSON & COLE LLP


*/s/ Davis Lee Wright*
Davis Lee Wright (DE Bar No. 4324)
1201 North Market Street, Suite 1406
Wilmington, DE  19801
Tel: 302.516.1703
Fax: 302.516.1699
Email: dwright@rc.com

*Counsel to Defendant*